**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GINA BRINEY,** *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>**CONDUENT COMMERCIAL SOLUTIONS, LLC,**<br><br>Defendant. | Civil Action: 2:18-CV-02975-JLL-JAD<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)** |

NOW COME Plaintiff, Gina Briney, and Defendant, Conduent Commercial Solutions, LLC, who submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties hereby stipulate to the dismissal without prejudice of all claims asserted in this action and/or claims which could have been asserted in this action because the parties have agreed to resolve this dispute through binding arbitration.

Dated: April 4, 2018

/s/ Jason T. Brown
Jason T. Brown, Esq.
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Tel: (201) 630-0000
Fax: (855) 582-5297
jtb@jtblawgroup.com

*Counsel for Plaintiff,*
*Gina Briney*

/s/ Lisa J. Rodriguez
Lisa J. Rodriguez, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel: (856) 482-5742
Fax: (856) 482-6980
LJRodriguez@schnader.com

*Counsel for Defendant,*
*Conduent Commercial Solutions, LLC*

SO ORDERED: _____

DATED: 4/5/18